**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1676**

---

DORA L. ADKINS,

        Plaintiff - Appellant,

    v.

FITNESS INTERNATIONAL, LLC,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:25-cv-00915-RDA-LRV)

---

Submitted: September 18, 2025            Decided: September 22, 2025

---

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dora L. Adkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order denying her motions for leave to file a proposed emergency complaint and to expedite.  We have reviewed the record and find no reversible error.  Accordingly, we deny Adkins' motion to expedite decision and affirm the district court's order.  *Adkins v. Fitness Int'l, LLC*, No. 1:25-cv-00915-RDA-LRV (E.D. Va. June 11, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*